Daniel J. Herling (SBN 103711)
djherling@mintz.com
Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
Fax: 415-432-6001

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Kathryn L. Ignash (SBN 299694)
klignash@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Tel: 310-586-8200
Fax: 415-586-3202

Attorneys for Defendant,
NATERA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH COPLEY, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br>NATERA, INC.,<br>          Defendant. | Case No. 4:21-cv-08941-YGR<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: November 18, 2021 |

1 | **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant NATERA, INC. ("Defendant") hereby provides notice that Daniel J. Herling, attorney with the law firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., is appearing as counsel for Defendant in this matter. Defendant requests that copies of all notices and filings be provided to Mr. Herling as follows:

>Daniel J. Herling (SBN 103711)
>djherling@mintz.com
>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
>44 Montgomery Street, 36th Floor
>San Francisco, CA 94104
>Tel: 415-432-6000
>Fax: 415-432-6001

Respectfully submitted,

Dated: January 6, 2022

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/Daniel J. Herling*

DANIEL J. HERLING
ARAMEH Z. O'BOYLE
KATHRYN L. IGNASH
PAIGE ADASKAVEG

Attorneys for Defendant,
NATERA, INC.

120110609v.1