1  Daniel J. Herling (SBN 103711)
   djherling@mintz.com
2  Paige E. Adaskaveg (SBN 330551)
   peadaskaveg@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   44 Montgomery Street, 36th Floor
4  San Francisco, CA 94104
   Tel: 415-432-6000
5  Fax: 415-432-6001

6  Arameh Z. O'Boyle (SBN 239495)
   azoboyle@mintz.com
7  Kathryn L. Ignash (SBN 299694)
   klignash@mintz.com
8  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   2029 Century Park East, Suite 3100
9  Los Angeles, CA 90067
   Tel: 310-586-3200
10 Fax: 310-586-3202

11 Adam M. Tschop (SBN 209767)
   atschop@natera.com
12 NATERA, INC.
   201 Industrial Rd. Ste 300
13 San Carlos, CA 94070-2396
   Telephone: 650-980-9190

14

15 Attorneys for Defendant,
   NATERA, INC.
16

17                    **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| 19  ELIZABETH COPLEY, individually and on behalf of all others similarly situated, | Case No.  4:21-cv-08941-YGR |
| 20 | **STIPULATION TO FILE FIRST AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| 21             Plaintiff, | |
| 22      vs. | Case Assigned to Hon. Yvonne Gonzalez Rogers |
| 23  NATERA, INC., | Complaint Filed: November 18, 2021 |
| 24             Defendant. | |

1

1  Pursuant to Fed. R. Civ. P. 15(a) and Civil Local Rule 6-1, Plaintiff Elizabeth Copley
2  ("Plaintiff") and Defendant Natera, Inc. ("Defendant") (collectively, the "Parties"), by and through
3  their respective counsel of record, hereby stipulate to permit Plaintiff to file a First Amended
4  Complaint and to extend the deadline for Defendant to file a responsive pleading to the First Amended
5  Complaint to fourteen (14) days from the date Plaintiff files her First Amended Complaint.

6  WHEREAS, Plaintiff filed her Complaint on November 18, 2021;

7  WHEREAS, on January 6, 2022, the Parties filed their first Stipulation for Extension of Time
8  to Respond to the Complaint, extending Defendant's deadline to file a responsive pleading to January
9  31, 2022 (Dkt. No. 17);

10  WHEREAS, Plaintiff intends to file a First Amended Complaint, but is unable to do so before
11  Defendant's current January 31, 2022 responsive pleading deadline;

12  WHEREAS, Plaintiff agrees to file her First Amended Complaint no later than February 22,
13  2022;

14  WHEREAS, in light of the anticipated First Amended Complaint, to streamline the issues and
15  to promote judicial efficiency, the Parties have agreed to further extend the deadline for Defendant to
16  file a responsive pleading to fourteen (14) days from the date Plaintiff files her First Amended
17  Complaint as is contemplated under Fed. R. Civ. P. 15(a)(3);

18  WHEREAS, the extension will not alter the date of any event or any deadline already fixed
19  by Court order—the Court has scheduled an Initial Case Management Conference for February 28,
20  2022 (Dkt. No. 14);

21  IT IS THEREFORE STIPULATED AND AGREED TO BY THE PARTIES that: (1) Plaintiff
22  will file her First Amended Complaint no later than February 2022; and (2) Defendant's responsive
23  pleading deadline shall be extended to 14 days after Plaintiff files and serves her First Amended
24  Complaint.

25  ///
26  ///
27  ///
28

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  January 31, 2022 | Respectfully submitted, |
| | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | *[signature]* |
| | Daniel J. Herling<br>Arameh Z. O'Boyle<br>Kathryn L. Ignash<br>Paige E. Adaskaveg |
| | Attorneys for Defendant,<br>NATERA, INC. |
| Dated:  January 31, 2022 | WOLF POPPER LLP |
| | */s/ Patricia L. Avery*<br>Patricia L. Avery<br>Philip M. Black |
| | BERMAN TABACCO<br>Joseph J. Tabacco<br>Kristin J. Moody<br>A. Chowning Poppler |
| | Attorneys for Plaintiff,<br>ELIZABETH COPLEY |

## ATTESTATION OF COMPLIANCE

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to Ms. Patricia I. Avery, attorney for Plaintiff, and that I obtained Ms. Avery's authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

*[signature]*
Arameh Z. O'Boyle