UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH COPLEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>NATERA, INC.,<br><br>        Defendant. | Case No. 4:21-cv-08941-YGR<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Case Assigned to Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: November 18, 2021 |

The Court, having considered the Parties' Joint Stipulation to File First Amended Complaint and for Extension of Time to File Responsive Pleading, and good cause appearing therefor, hereby **ORDERS** that (1) Plaintiff shall file her First Amended Complaint no later than February 22, 2022 and (2) Defendant's responsive pleading deadline shall be extended to 14 days after Plaintiff files and serves her First Amended Complaint.

**IT IS SO ORDERED.**

Date: ___February 1_____, 2022

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE