Daniel J. Herling (SBN 103711)
djherling@mintz.com
Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
Fax: 415-432-6001

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Kathryn L. Ignash (SBN 299694)
klignash@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Tel: 310-586-3200
Fax: 310-586-3202

Adam M. Tschop (SBN 209767)
atschop@natera.com
NATERA, INC.
201 Industrial Rd., Suite 300
San Carlos, CA 94070-2396
Telephone: 650-980-9190

Attorneys for Defendant NATERA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| ELIZABETH COPLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NATERA, INC.,<br><br>　　　　　Defendant. | Case No. 4:21-cv-08941-YGR<br><br>**DEFENDANT NATERA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Case Assigned to Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed:　November 18, 2021<br>Trial:　　　　　　TBD |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  March 8, 2022

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

_____
Daniel J. Herling
Arameh Z. O'Boyle
Kathryn L. Ignash
Paige E. Adaskaveg

Attorneys for Defendant
NATERA, INC.