Joseph J. Tabacco, Jr. (SBN 75484)
Kristin J. Moody (SBN 206326)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermantabacco.com
        kmoody@bermantabacco.com

*Local Counsel for Plaintiff and the Proposed Class*

Patricia I. Avery (admitted *Pro Hac Vice*)
Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone:  (212) 759-4600
Email: pavery@wolfpopper.com

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH COPLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC.<br><br>Defendant. | Case No.  4:21-cv-08941-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MOTION DATE FOR DEFENDANT'S MOTION TO DISMISS AND EXTEND DEADLINES FOR RESPONSE AND REPLY THERETO**<br><br>Date:   April 19, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Location:      VIA ZOOM WEBINAR<br>                   1301 Clay St.<br>                   Courtroom 1, 4th Floor<br>                   Oakland, CA 94612<br><br>Complaint filed: November 18, 2021<br>Trial: TBD |

1   In accordance with Local Rules 6-1(b), 6-2, 7-12 and 16-2(e), Plaintiff Elizabeth Copley

2   ("Plaintiff") and Defendant Natera, Inc. ("Defendant") (collectively, the "Parties"), by and through

3   their respective counsel of record, respectfully submit this Stipulation to Continue the hearing date

4   for Defendant's motion to dismiss, currently set for April 19, 2022, and to extend the time for

5   Plaintiff to file her opposition thereto, and for Defendant to file its reply in support thereof (if any).

6   WHEREAS, on February 1, 2022, the Court granted the Parties' Joint Stipulation to File

7   First Amended Complaint and for Extension of Time to File Responsive Pleading; and ordered that

8   (1) Plaintiff shall file her First Amended Complaint no later than February 22, 2022 and

9   (2) Defendant's responsive pleading deadline shall be extended to 14 days after Plaintiff files and

10  serves her First Amended Complaint (ECF No. 23); and

11  WHEREAS, on February 3, 2022, the Court granted the Parties' Stipulation to Continue the

12  February 28, 2022 Case Management Conference, the Court's Order Granting Joint Stipulation to

13  File First Amended Complaint and For Extension of Time to File Responsive Pleading, and ordered

14  that (1) the Case Management Conference currently set for February 28, 2022 is continued to

15  April 25, 2022 at 2:00 p.m. in Courtroom 1, and (2) The deadline for the Parties to hold their Fed.

16  R. Civ. P. 26(f) conference is continued to April 4, 2022 (ECF No. 25); and

17  WHEREAS, other than the foregoing, there have been no other time modifications in the

18  case, whether by stipulation or Court order; and

19  WHEREAS, on February 22, 2022, Plaintiff filed her First Amended Complaint (ECF

20  No. 28); and

21  WHEREAS, on March 8, 2022, Defendant filed its motion to dismiss and strike the First

22  Amended Complaint (ECF No. 29); and

23  WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's opposition to Defendant's motion is

24  due on March 22, 2022; and

25  WHEREAS, pursuant to Local Rule 7-3(c), Defendant's reply (if any) is due on March 29,

26  2022; and

27

28

1    WHEREAS, the parties believe that good cause exists to grant this stipulated request, in

2 order to allow the parties to thoroughly brief the issues raised in Defendant's motion; and

3    WHEREAS, aside from adjournment of the motion date for Defendant's motion, this

4 requested time modification would have no effect on the schedule for the case;

5    WHEREFORE, pursuant to Local Rules 6-1(b), 6-2, 7-12 and 16-2(e), the Parties stipulate

6 to: (1) continue the motion date for Defendant's motion to dismiss and strike to May 17, 2022 at

7 2:00 p.m., or any date and time thereafter that is convenient for the Court, (2) Plaintiff's opposition

8 being due on April 5, 2022; and (3) Defendant's reply, if any, being due on April 26, 2022.

9    IT IS SO STIPULATED.

10   DATED: March 21, 2022                           Respectfully submitted,

11                                                   Joseph J. Tabacco, Jr.
                                                     Kristin J. Moody
12                                                   **BERMAN TABACCO**
                                                     44 Montgomery Street, Suite 650
13                                                   San Francisco, CA 94104
                                                     Telephone: (415) 433-3200
14                                                   Facsimile: (415) 433-6282
                                                     Email: jtabacco@bermantabacco.com
15                                                   kmoody@bermantabacco.com

16                                                   *Attorneys for Plaintiff and the Proposed Class*

17                                                   **WOLF POPPER LLP**

18                                                   By: ____*/s/ Patricia Avery*_____
                                                           Patricia Avery (admitted *Pro Hac Vice*)
19
                                                     Philip M. Black (SBN 308619)
20                                                   **WOLF POPPER LLP**
                                                     845 Third Avenue
21                                                   New York, NY 10022
                                                     Telephone: (212) 759-4600
22                                                   Facsimile: (212) 486-2093
                                                     Email: pavery@wolfpopper.com
23
                                                     *Attorneys for Plaintiff and the Proposed Class*
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

By: ___*/s/ Daniel J. Herling*___
        Daniel J. Herling

Paige E. Adaskaveg
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
Email: djherling@mintz.com
      peadaskaveg@mintz.com

Arameh Z. O'Boyle
Kathryn L. Ignash
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: azoboyle@mintz.com
      klignash@mintz.com

Adam M. Tschop
**NATERA, INC.**
201 Industrial Rd. Ste 300
San Carlos, CA 94070-2396
Telephone: (650) 980-9190
Email: atschop@natera.com

*Attorneys for Defendant,*
*NATERA, INC.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ATTESTATION OF COMPLIANCE</u>**

      Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to Mr. Daniel J. Herling, attorney for Defendant, and that I obtained Mr. Herling's authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

                                  */s/ Patricia Avery*
                                  Patricia Avery

**[PROPOSED] ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

Pursuant to the Parties' Stipulation to Continue the Motion Date for Defendant's Motion to Dismiss and Extend Deadlines for Response and Reply Thereto (ECF No. 32), and good cause showing, IT IS HEREBY ORDERED that:

1.  The motion date for Defendant's motion to dismiss and strike is continued to _____, 2022;

2.  Plaintiff's opposition is due on April 5, 2022;

3.  Defendant's reply, if any, is due on April 26, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE