**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELIZABETH COPLEY,**<br><br>        Plaintiff,<br><br>    v.<br><br>**NATERA, INC.,**<br><br>        Defendant. | Case No.  4:21-cv-08941-YGR<br><br>**ORDER TO SHOW CAUSE RE: CAFA JURISDICTION**<br><br>Dkt. No. 28 |

TO PLAINTIFF ELIZABETH COPLEY AND HER COUNSEL OF RECORD:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than May 18, 2022, why plaintiff's claims should not be dismissed for failing to establish that jurisdiction is proper pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2).

Pursuant to CAFA, this Court has original jurisdiction over class actions in which there are at least 100 class members, at least one of which is diverse in citizenship from any defendant, and for which the aggregate amount in controversy exceeds the sum of $5 million, exclusive of interest and costs.  28 U.S.C. § 1332(d)(2); *Ibarra v. Manheim Invs., Inc.*, 775 F. 3d 1193, 1196-97 (9th Cir. 2015).  The party asserting that jurisdiction is proper bears the burden of establishing federal jurisdiction.  *Ibarra*, 775 F.3d at 1197; *Abrego v. Dow Chem. Co.*, 443 F.3d 676, 685 (9th Cir. 2006).

The First Amended Complaint alleges that that this Court has subject matter pursuant to 28 U.S.C. § 1332 without specifying which subsection applies.  (Dkt. No. 28, at ¶ 11.)  It further alleges that "the matter in controversy exceeds the sum or value of $1 million, exclusive of interest and costs."  (*Id*.)  This Court understands plaintiff to be invoking CAFA, which has a $5 million amount in controversy requirement.  On this basis, plaintiff has not sufficiently alleged that the amount in controversy is satisfied.

Accordingly, plaintiff is **HEREBY ORDERED TO SHOW CAUSE** in writing **no later than**

**May 18, 2022**, why jurisdiction is proper and that the amount in controversy requirement is satisfied. The response shall not exceed more than six (6) pages. Failure to file a timely response will result in the case being dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: May 4, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE